# Exhibit A

To Affidavit of Vicki Baker in Support of
Plaintiff's Motion for Summary Judgment



BAKER_000051



BAKER_000055



BAKER_000057


BAKER_000068



BAKER_000069



BAKER_000074



BAKER_000075



BAKER_000077



BAKER_000078



BAKER_000079



BAKER_000080



BAKER_000081



BAKER_000083



BAKER_000086