# Exhibit C

To Affidavit of Vicki Baker in Support of
Plaintiff's Motion for Summary Judgment



**WORKERS' COMPENSATION • PROPERTY • LIABILITY**

August 20, 2020

Vicki Baker
17510 Benchmark Dr
Lakeside, MT 59922

RE: TMLIRP Fund Member:   City of McKinney
    Claimant:              Vicki Baker
    Date of Loss:          July 25, 2020
    TMLIRP Claim No:       LB127429

Dear Ms. Baker:

This letter is in regard to the claim that you have made against the City of McKinney for the above-referenced incident.

Based on the facts, we have concluded that there is no liability on the part of the CIty or any of its employees. Per our discussion, the officers have immunity while in the course and scope of their job duties. For this reason, we must respectfully deny this claim in its entirety.

Should you have any questions concerning this matter, please do not hesitate to contact me.

Sincerely,


Yvonne Cantu
Claims Specialist
Texas Municipal League Intergovernmental Risk Pool


cc: Ms. Tami Levens
    City of McKinney
    Via Email

---

TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL
P.O. Box 149194 • Austin, Texas 78714-9194 • www.tmlirp.org

MCKINNEY 001