# Exhibit A

To Affidavit of Jeffrey Redfern in Support of
Plaintiff's Motion for Summary Judgment

## CASE SUPPLEMENTAL REPORT

Printed: 03/04/2021  08:41

*Mckinney Police Department*

OCA: *20005680*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONAL CLEAR*     **Case Mng Status:** *EXCEPTIONALLY CLEARED*     **Occurred:** *07/25/2020*
**Offense:** *EVADING ARREST OR DETENTION FS*

**Investigator:** *READ, MICHELLE DANIELLE*     **Date / Time:** *07/27/2020 17:34:30, Monday*
**Supervisor:** *READ, MICHELLE DANIELLE*     **Supervisor Review Date / Time:** *07/27/2020 17:34:47, Monday*
**Contact:**     **Reference:** *Additional Information*

On July 25, 2020 at approximately 1800 Detective Read responded to fire station 8, the command post, in regards to a barricaded suspect. A w/m Wesley Little had barricaded himself inside 3600 Vista Verde, with several handguns and a rifle.

Little was wanted for felony evading, felony endangerment and wanted out of several surrounding agencies. Initially my response was that of a member of the Crisis Negotiations Team, however I was also the on-call CAPERS detective.

Upon conclusion of the incident SWAT confirmed Little was unresponsive due to a self inflicted gun shot wound. Detective Read coordinated with the CCME office to transport Little's body. Also, per Detective Read's request, Lt. Rogers authorized a hold be placed on the corvette Little was seen driving during the evading.

It was towed by Sauls. A consent to search the home was signed by the tenant and permission to sign it was given by the homeowner, via phone, as she resides in Montana, should we have needed it. The original copy of this was placed into records at MPD on July 27, 2020.

On July 27, 2020 Detective Read along with Detective Cook went to Saul's wrecker yard to see if we could find belongings that the juvenile said were hers and left inside of it. Upon arrival I spoke with the Saul's employee and advised the hold could be released from the vehicle.

Inside the vehicle a green make up bag was located, belonging to the juvenile. Inside the bag were several pieces of make up along with $1730 in cash. These items were brought back to McKinney PD and placed into evidence locker #26.

Detective Cook was advised to make the juvenile's parent aware they would need to file a property hearing with the court in order to retrieve the cash.

[07/27/2020 17:41, MREAD, 681, MPD]

Investigator Signature          Supervisor Signature