# Exhibit B

To Affidavit of Jeffrey Redfern in Support of
Plaintiff's Motion for Summary Judgment

## REPORTING OFFICER NARRATIVE

| Mckinney Police Department | | OCA |
| --- | --- | --- |
| | | 20-005680 |
| Victim | Offense | Date / Time Reported |
| CAMPBELL, ERIC CORY | EVADING ARREST OR DETENTION FS | Sat 07/25/2020 15:07 |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

On 7/25/20 at approximately 1510 hrs., Officer Campbell #253, was dispatched to 900 N. Central Expy. (Hopper Motorplex) in reference to a Runaway, ███████. ███ was a 15 year old female who was there with a 50 year old male, Wesley Little, who is known to be violent and carry weapons. Wesley had been known to be in possession of multiple handguns and an AK-47.

While Officer Campbell was en-route to Hopper traveling west on White Ave., dispatch advised that ███ and Wesley left Hopper north on the service road. As Officer Campbell approached to the red light at White Ave. and Redbud Blvd., he observed a black Corvette at the stop light. The black Corvette which also had silver racing stripes was confirmed to be the suspect vehicle.

Officer Campbell then made a u-turn to get behind the Corvette which was now traveling east on White Ave. The Corvette made a turn to go south on Graves St. and Officer Campbell followed at a distance to allow more patrol vehicles to get into the area. As the Corvette approached the stop sign located at Graves St. and Greenwood Rd., the Corvette accelerated and turned south bound on Graves St. Officer Campbell then initiated his overhead lights and sirens to begin a pursuit with the suspect vehicle south on Graves St. to W. Virginia St. The suspect vehicle then turned west onto W. Virginia St. towards US 75. Officer Blair was at the traffic light located at W. Virginia St. and Wilson Creek Blvd. and was able to u-turn in behind the suspect vehicle as Officer Campbell had to slow for traffic. Officers pursued onto US 75 SB but lost sight of suspect vehicle in the area of US 75/121 - Sam Rayburn Tollway. An attempt was made to ping ███████ ` phone, but her phone had been turned off.

Officers checked the area of where the registration came back to at an address in our city on Autumn Point and an address in Allen with no results.

Officer Campbell then returned to the PSB so that his video could be reviewed for the evading offense and the pursuit report module. While waiting for his video to download, it was learned that Wesley Little had arrived at 3600 Vista Verde Dr. in McKinney, TX via phone call from resident Vicky Baker. Patrol officers responded to the location and established a perimeter so that no one could leave. A garage remote was obtained by patrol officers so that the garage could be opened to confirm the suspect vehicle was inside. The remote either had dead batteries or the garage door had been disabled by someone inside.

At this time Officer Campbell was notified to bring the SWAT Bearcat to the scene. Upon arriving on scene with the bearcat, Officer Campbell and Sgt. Kennedy placed the vehicle in the front yard of 3600 Vista Verde Dr. with an arrest team. Announcements were made for occupants to exit the home. A few minutes passed by and a white female who was identified as ███████ exited the residence. ███ stated that Little had gone up into the attic of the home with weapons and was not coming out. At this time the SWAT/Negotiators were notified to respond on scene. After a standoff with SWAT, it was later determined by aerial drone that Little had succumbed to a self-inflicted gunshot wound to the head.

The corvette that was involved in the pursuit was found in the garage and found to be stolen out of Carrolton, TX. See offense report 20-005696.

Nothing further to report.