# Exhibit C

To Affidavit of Jeffrey Redfern in Support of
Plaintiff's Motion for Summary Judgment

## CASE SUPPLEMENTAL REPORT

Printed: 03/04/2021 08:41

Mckinney Police Department

OCA: *20005680*

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

| | | |
|---|---|---|
| **Case Status:** *EXCEPTIONAL CLEAR* | **Case Mng Status:** *EXCEPTIONALLY CLEARED* | **Occurred:** *07/25/2020* |
| **Offense:** *EVADING ARREST OR DETENTION FS* | | |

| | | |
|---|---|---|
| **Investigator:** *VASQUEZ, JESSE     (14459)* | **Date / Time:** *07/25/2020 22:19:12, Saturday* | |
| **Supervisor:** *KENNEDY, CHRISTOPHER T* | **Supervisor Review Date / Time:** *07/26/2020 03:28:25, Sunday* | |
| **Contact:** | **Reference:** *Additional Information* | |

On 07/25/2020 at approximately 1706 hours, I Officer Vasquez #365, was dispatched in reference to a police operation call for service at 3600 Vista Verde Trail.

Day shift had been involved in an incident where a runaway was involved in a pursuit with a male suspect. The pursuit was terminated shortly after it began. Sometime later, dispatch received information that the subject involved in the pursuit was at the listed location with the runaway. The resident of 3600 Vista Verde trail was located at 5001 McKinney Ranch Parkway. Officer Tarter and I made contact with, Deanna Cook W/F DOB: █████ 1985, at the Walmart. Cook stated the suspect, Wesley Little W/M DOB: █████/1969 was at the residence with a juvenile subject later identified as, ███████ W/F DOB: ████/2004. Cook stated she did not have weapons at the house, but she could not speak for Little. Cook provided Officer Tarter the garage door opener to access the residence. Cook was then informed to stay at that location until she was contacted by somebody to do otherwise. I then went to 3600 Vista Verde Trail to join in the police operation.

I arrived at the location and set up perimeter south of the location with Officer Hildebrandt. The perimeter was maintained and then the SWAT team Bearcat arrived on scene. Officer Campbell and Sergeant Kennedy then began using the Bearcat's loudspeaker to call out Little and █████. There was no movement until approximately 1756 hours, when I observed a white female, believed to be █████, come from the front of the residence. I advised dispatch the female came out and the pre established arrest team assumed custody of the female. █████ then confirmed Little was inside the residence and he had two weapons. █████ stated that Little informed her, he was ready to die and will go out shooting. That is when Lieutenant Rogers advised dispatch to notify the SWAT team and other units to respond to the scene for a barricaded subject. █████ was transported to the command post, which was located at Fire Station 8, awaiting interview from Detective Cook.

I remained in my position until I was instructed to evacuate the residents of 3604 Vista Verde Trail. Contact was made with the residents and they all complied with leaving. They even consented for us to use the residence for our operation. I maintained that position until the SWAT team arrived. I continued to maintain the perimeter until the SWAT team ended their call out.

The SWAT team call out ended when it was confirmed that Little had killed himself by an apparent self-inflicted gun shot to the head. Upon all responding units clearing the scene, I maintained perimeter in the rear of the residence. The Collin County Medical Examiners Office had already been contacted by Detective Read. FIU responded to the scene and processed it. Per Detective Read and Lieutenant Rogers, a hold was placed on the vehicle used in the earlier pursuit, which was located in the garage of the residence. While processing the vehicle for tow, the vehicle bearing VIN 1G1YM2D76H5116448, was confirmed stolen out of Carrollton PD. It had Texas license plate JKZ1212 on it which matched the vehicle. The plates were out of McKinney, so Corporal Walls contacted the registered owner of the plates. The owner confirmed her plate was stolen and report 20-005693 was generated for the stolen plates. Carrollton was advised of the recovery of their stolen vehicle. Report 20-005696

Investigator Signature                                                                 Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/04/2021  08:41

**Mckinney Police Department**

OCA: *20005680*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONAL CLEAR*   **Case Mng Status:** *EXCEPTIONALLY CLEARED*   **Occurred:** *07/25/2020*
**Offense:** *EVADING ARREST OR DETENTION FS*

**Investigator:** *VASQUEZ, JESSE    (14459)*   **Date / Time:** *07/25/2020 22:19:12, Saturday*
**Supervisor:** *KENNEDY, CHRISTOPHER T*   **Supervisor Review Date / Time:** *07/26/2020 03:28:25, Sunday*
**Contact:**   **Reference:** *Additional Information*

was generated for the recovered stolen vehicle and for the recovery of ▇ since she was in the TCIC/NCIC as a runaway.

Upon FIU`s completion of processing the scene and the vehicle, the medical examiners transport team recovered Little`s body. Saul`s recovered the stolen vehicle and was informed the vehicle had a McKinney PD hold. Evidence that was collected by FIU was logged into evidence by Officer Slott.

Cook was called back to the residence and was informed about what all occurred and about the damage to the residence by Sergeant Kennedy and Lieutenant Rogers. The next of kin for Little, Brittany McMillian, was notified of Little`s passing. CPS assumed custody of ▇.

I then cleared the scene without further incident.

Investigator Signature                                        Supervisor Signature