# Exhibit D

To Affidavit of Jeffrey Redfern in Support of
Plaintiff's Motion for Summary Judgment

## CASE SUPPLEMENTAL REPORT

Printed: 03/04/2021  08:41

*Mckinney Police Department*

OCA: *20005680*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONAL CLEAR*  **Case Mng Status:** *EXCEPTIONALLY CLEARED*  **Occurred:** *07/25/2020*

**Offense:** *EVADING ARREST OR DETENTION FS*

| | | |
|---|---|---|
| **Investigator:** | KENNEDY, CHRISTOPHER T   ... | **Date / Time:** 07/31/2020 01:56:40, Friday |
| **Supervisor:** | MALENFANT, DANIEL J   (10982) | **Supervisor Review Date / Time:** 07/31/2020 02:43:51, Friday |
| **Contact:** | | **Reference:** Additional Information |

On 7/25/2020, I, Sgt. Kennedy, was heading to 1700 briefing, when I was notified by Lt. Rogers that there was a possible barricaded person located at 3600 Vista Verde Trail, and that I would be en route. I learned that this was a continuation of a dayshift call, a pursuit involving a 50-year old male, later identified as Wesley Little, and a runaway (15yo), ███████.

As I drove to the location, I learned that the resident of 3600 Vista Verde, Deanna Cook, had left her home when Wesley showed to the house out of the blue with ████. Deanna quickly went to the Walmart, 5001 McKinney Ranch, and contacted 911, as she believed the situation (Wesley ████) to be very odd. Officers met with Deanna and were able to secure the garage door remote to the house. Deanna stated that Wesley had parked the Corvette, that he evaded police earlier, in the garage.

Upon arriving at 3600 Vista Verde, I was under the understanding that Wesley was still in the home, along with ███, whom was a runaway. Additionally, I knew that Wesley had, within the hour, just evaded police in a pursuit as they attempted to contact him about ████. Deanna had also described Wesley as paranoid, with weapons, and high/intoxicated on methamphetamine.

Sgt Malenfant was on scene as well and supervised a backyard/alley team, covering the garage (closed).  I met with/organized a front yard team of patrol units. I established a Quick Reaction Force, QRF, consisting of Officer(s): Bastida, Slott, Walls, Kelly, and Reyes on the A/D side of the home. I coordinated with Officer(s) Hildebrandt and Vasquez to block the roadway on the opposite (front side) allowing them to cover the A/B corner.

The garage door opener secured by officers from Deanna would not work, and the garage could not be opened to confirm the corvette was still at the house. I conferred with Lt. Rogers, and we deployed the Bearcat (APC), driven by Officer Campbell with the intent to loud hale from the front. Once, Officer Campbell arrived on scene, we placed the boom (RAM) on the front and proceeded to the front of the home (3600 Vista Verde) and loud haled the residence.

Within minutes of loud hales, ████ came out of the home from the front door. The QRF quickly secured ████. A debrief was conducted of ████, and she confirmed that Wesley was in fact in the home, was barricaded in the attic, had multiple weapons, and that he told ████ he was ready to die and would go out shooting. SWAT / Negotiators were paged at this point.

The Bearcat was positioned with the patrol QRF in the front of the home, and loud hales continued until SWAT personnel arrived on scene. As a note: Wesley did not respond to any commands from the Bearcat/nor attempted to communicate with police. SWAT replaced patrol personnel and discussions began to bring a safe end to the call. A gas plan, along with an explosive breach plan was put into place to drive Wesley from the attic to the front door, that would be opened by the boom of the Bearcat. T-Rex, which was commanded by Sgt, Shanley, was in the

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

MCKINNEY 022

## CASE SUPPLEMENTAL REPORT

Printed: 03/04/2021  08:41

*Mckinney Police Department*                                                         OCA: *20005680*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONAL CLEAR*       **Case Mng Status:** *EXCEPTIONALLY CLEARED*     **Occurred:** *07/25/2020*

**Offense:** *EVADING ARREST OR DETENTION FS*

| | | |
|---|---|---|
| **Investigator:** *KENNEDY, CHRISTOPHER T  ...* | **Date / Time:** | *07/31/2020 01:56:40, Friday* |
| **Supervisor:** *MALENFANT, DANIEL J   (10982)* | **Supervisor Review Date / Time:** | *07/31/2020 02:43:51, Friday* |
| **Contact:** | **Reference:** | *Additional Information* |

back and had replaced Sgt. Malenfant`s patrol group.

SWAT worked with COServ (utility company) to shut off gas to the home. Celina PD was contacted and arrived with a drone to use for the call.

The front door of the home was breached with the RAM of the Bearcat, as the team got into place in the driveway (back) by the T-Rex team. There was a brief pause, loud hale for compliance by Wesley, but there was no sign of communication. The drone operated by Celina and operator housed in the Bearcat, entered the home from the front door as the T-Rex team placed an explosive charge on the garage door.

The drone noise distraction was utilized to bring any attention away from the garage, allowing the team in the back to place the explosive. The garage door being removed allowed a gas team to place ferret rounds into the ceiling of the garage, denying the large attic space above. An explosive breach was placed and detonated on the garage door. Gas was deployed and the drone was then utilized for overwatch on the backyard (T-Rex) team. Bearcat held the front and continued loud hales to the suspect.

At this point, the gas plan was implemented as there was no communication from Wesley. Several volleys of gas were used by the Less Lethal (LL) team to deny the attic space of the home, starting from above the garage to the middle of the home attic space. After implementation of gas, loud hales were again utilized with no response from Wesley.

The drone was put back into the home and it was determined that the only (2) rooms not checked, were the master bedroom, which had a separate bathroom / closet, and a spare bedroom, just west of the master bedroom. T-Rex team held at this time, as the Bearcat team utilized a launcher to place gas (ferret rounds) into the master bedroom through the (A3) window. Additionally, at this time, Officer Johnson, who was in the second story of the home directly to the south (B-side), placed ferret rounds into the window of the room to the west of the master bedroom. Once gas was placed, all teams held, and continued loud hales for a response. No response was achieved.

With no response, it was decided to up the gas plan with tri-chamber CS gas canisters.  Tri-Chamber gas canisters can saturate a large structure, providing an opportunity to overwhelm/irritate a subject. Tri-chambers were placed into the master bedroom (A3) window by the BearCat team, and above the garage (attic space) of the home by the T-Rex team. After deployment, both teams held, allowing the gas to work. Additional loud hales of the home for Wesley to come out, were carried out. Again, no response from Wesley.

With the attic, and most of the house saturated with gas, we believed that Wesley was barricaded in the master closet, which was located in the master bathroom. This closet would have been shielded from most of the gas we had placed into the home. The decision to remove the (A3) window of the master bedroom was made to get the

_____                          _____
Investigator Signature                              Supervisor Signature

MCKINNEY 023

## CASE SUPPLEMENTAL REPORT

Printed: 03/04/2021  08:41

*Mckinney Police Department*                                                OCA: *20005680*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONAL CLEAR*       **Case Mng Status:** *EXCEPTIONALLY CLEARED*       **Occurred:** *07/25/2020*

**Offense:** *EVADING ARREST OR DETENTION FS*

---

**Investigator:** *KENNEDY, CHRISTOPHER T    ...*                 **Date / Time:** *07/31/2020 01:56:40, Friday*

**Supervisor:** *MALENFANT, DANIEL J   (10982)*    **Supervisor Review Date / Time:** *07/31/2020 02:43:51, Friday*

**Contact:**                                                **Reference:** *Additional Information*

---

drone into that room. The drone could not access this area of the house, as the door to the room was secured shut. Bearcat team utilized the boom (RAM) located on the front of the truck to remove the window, which was successful.

The drone positioned itself in the (A3) window, and immediately located the subject, laying on the bed, with a self-inflicted gun shot would to the head with a handgun, that was later determined to be a 44 magnum. This was communicated to command and the T-Rex team. Both teams consolidated members, developed a plan to secure the home and implemented it. Once secure, the home was turned over to investigators and crime scene technicians.

_____                    _____
Investigator Signature                                         Supervisor Signature

MCKINNEY 024