# Exhibit E

PLACEHOLDER

To Affidavit of Jeffrey Redfern in Support of
Plaintiff's Motion for Summary Judgment

*Exhibit E is an audio file contained on a USB flash drive mailed to the Clerk of Court on this date (September 20, 2021). The audio file is a conversation between Plaintiff's daughter and police following the incident at Plaintiff's house on July 25, 2020.*