# Exhibit F

To Affidavit of Jeffrey Redfern in Support of
Plaintiff's Motion for Summary Judgment

## CASE SUPPLEMENTAL REPORT

Printed: 03/04/2021 08:41

*Mckinney Police Department*

OCA: *20005680*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONAL CLEAR*    **Case Mng Status:** *EXCEPTIONALLY CLEARED*    **Occurred:** *07/25/2020*
**Offense:** *EVADING ARREST OR DETENTION FS*

**Investigator:** *WILSON-BYERS, ASHLEY* (14190)    **Date / Time:** *07/31/2020 06:02:46, Friday*
**Supervisor:** *LAYMANCE, ALYSSA* (13229)    **Supervisor Review Date / Time:** *08/06/2020 05:32:24, Thursday*
**Contact:**    **Reference:** *Crime Scene*

On July 25, 2020, I, Forensic Investigator A. Wilson-Byers, was notified that a Forensic Investigator was needed at 3600 Vista Verde Trail regarding an evading/ runaway call under case number 20-005680.

I arrived on scene at 2153 and met with Lt. Rogers. He advised Wesley Eugene Little (02/04/1969) was wanted for evading police earlier in the afternoon. Upon arrival at the above location, contact was unable to be made with the suspect, and SWAT was called out due to Mr. Little barricading himself inside of the location. SWAT deployed several types of projectiles as well as gas canisters in order to force Mr. Little out of the location, with no success. On scene SWAT then used a drone to enter the residence, where Mr. Little was found deceased with a self-inflicted gun shot wound. FIU was requested to process the scene.

I took photographs of the exterior of the residence. During the SWAT call, five windows were damaged in the home. There was also some damage to the roof as well. I took photographs of all damages on the exterior.

I then proceeded inside the residence. FIU S. Mitchusson assisted me on scene. I took photographs of each of the rooms inside the residence to document all damage. I then entered the master bedroom where Mr. Little was discovered. I observed debris all over the floor. On the ceiling, there appeared to be possible blood from Mr. Little. There also appeared to be pieces of Mr. Little`s skull in small pieces throughout the room. I also observed what appeared to be a tooth on the floor in front of the window. I then took photographs of Mr. Little. The gun Mr. Little used was still in his right hand, with the finger still on the trigger. Once I took photographs, I removed the gun from Mr. Little`s hand. The gun was a .44 magnum Smith & Wesson revolver, serial number CYF 3223. There were 5 cartridges in the chamber and one cartridge casing. The gun was collected under evidence item AWB1 to be booked into evidence.

Officers on scene advised the deceased supposedly had a bookbag of guns inside of the residence as well as he had stashed meth somewhere in the house. While FI Mitchusson and I were searching the attic, we discovered a bank bag containing the drug. We also discovered a fake ID in the attic as well. The drugs and ID were collected and released to an officer on scene to be entered into evidence.

I then took photographs of a black Chevrolet corvette ( Vin # 1G1YM2D76H5116448) . This was the vehicle the deceased was seen driving earlier in the day, when he was evading officers. Officers on scene ran the car, and the car was reported stolen. I photographed the vehicle. The license plate (JKZ1212) found on the vehicle was also reported stolen. I then searched the vehicle for the bookbag. I found a camouflage bookbag on the front passenger seat. Inside of the bag, there were several different types of knives and binoculars, however no additional guns were located.I then took photographs of the damage to the garage as well as the fence in the back yard. I was advised by Lt. Rodgers the damage was caused by SWAT during the altercation. Field Investigator Chris Noll arrived on scene. Mr. Little was transported to Collin County Medical Examiner`s office. No further services were provided on this call.

Investigator Signature      Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 03/04/2021  08:41

*Mckinney Police Department*

OCA: *20005680*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *EXCEPTIONAL CLEAR*     **Case Mng Status:** *EXCEPTIONALLY CLEARED*     **Occurred:** *07/25/2020*
**Offense:** *EVADING ARREST OR DETENTION FS*

**Investigator:** *WILSON-BYERS, ASHLEY*   *(14190)*     **Date / Time:** *07/31/2020 06:02:46, Friday*
**Supervisor:** *LAYMANCE, ALYSSA*   *(13229)*     **Supervisor Review Date / Time:** *08/06/2020 05:32:24, Thursday*
**Contact:**     **Reference:** *Crime Scene*

The photographs taken were burned to a CD and entered into evidence.

Investigator Signature                                           Supervisor Signature

MCKINNEY 026