# Exhibit G

To Affidavit of Jeffrey Redfern in Support of
Plaintiff's Motion for Summary Judgment

























