**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS**
(Sherman Division)

| | |
|---|---|
| Vicki Baker,<br><br>*Plaintiff*,<br><br>v.<br><br>City of McKinney, Texas,<br><br>*Defendant*. | Case No.: 4:21-CV-0176-ALM |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

The Court, having reviewed the motions and their supporting materials and having considered all arguments presented by the parties, hereby grants Plaintiff's motion for partial summary judgment. Under the United States and Texas Constitutions, Defendant City of McKinney is liable for all damage to Plaintiff Vicki Baker's property caused by its police department on July 25, 2020. The precise amount of those damages shall be determined by this Court, or by agreement of the parties, at a later date.

IT IS SO ORDERED.

1