UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VICKI BAKER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-CV-0176-ALM |
| CITY OF McKINNEY, TEXAS, | § § | |
| Defendant. | § § | |

**ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

On September 20, 2021, Plaintiff's Motion for Partial Summary Judgment ("Plaintiff's Motion") was filed. Defendant City of McKinney timely filed a response to Plaintiff's Motion. The Court, having considered Plaintiff's Motion, all supporting briefs, responses, replies and any other filings related thereto, finds that Plaintiff's Motion should be denied.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Partial Summary Judgment is hereby DENIED in its entirety.