# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| VICKI BAKER | § | |
| | § | |
| v. | § | Civil Action No.  4:21CV176 |
| | § | Judge Mazzant |
| CITY OF MCKINNEY, TEXAS | § | |

### ORDER RESETTING TRIAL

The Court hereby RESETS the Jury Selection and Trial of this case before the undersigned, as follows:

| EVENTS | DEADLINES |
|---|---|
| **Jury Selection** | **1:00 p.m.** on **Monday, June 20, 2022** |
| **Jury Trial** | **8:30 a.m.** on **Tuesday, June 21, 2022** |

IT IS SO ORDERED.

SIGNED this 13th day of May, 2022.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE