# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 6/20/2022

| DISTRICT JUDGE | COURT REPORTER: Gayle Ware |
|---|---|
| Amos L. Mazzant, III | COURTROOM DEPUTY:   Keary Conrad |
| Vicki Baker | |
| v. | 4:21-CV-176 |
| City of McKinney | |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Jeffrey Redfern, William Aronin, and Suranjan Sen | Edwin Voss, Jr. and Michael Martin |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Voir Dire, Jury Selection and Jury Trial - Day 1 |
|---|---|
| 12:55 p.m. | Court in session.  Court notes appearances. |
| 12:55 p.m. | Judge addresses the panel. |
| 1:08 p.m. | Plaintiff's counsel, William Aronin announces Plaintiffs team. |
| 1:09 p.m. | Plaintiff's counsel, William Aronin begins 5 minute opening statement. |
| 1:13 p.m. | Defendant's counsel, Edwin Voss, Jr. announces Defendants team. |
| 1:14 p.m. | Defendant's counsel, Edwin Voss, Jr. begins 5 minute opening statement. |
| 1:19 p.m. | Judge addresses the panel. |
| 1:25 p.m. | Plaintiff's counsel, William Aronin begins voir dire. |
| 1:58 p.m. | Defendant's counsel, Edwin Voss, Jr. begins voir dire. |
| 2:32 p.m. | Defendant's counsel, Edwin Voss, Jr. concludes voir dire. |
| 2:33 p.m. | Court in recess pending meeting in chambers and strikes of counsel. |
| 3:16 p.m. | Court re-convened.  Jury seated.  Jury placed under oath. |
| 3:20 p.m. | Court reads preliminary instructions to the jury. |
| 3:35 p.m. | Jury excused.  Jury instructed to return by 9 am. |

| | |
|---|---|
| 3:36 p.m. | Court hears argument from counsel regarding pending Motion in Limine regarding prior reimbursements and gifts of charity.  Court grants MIL and advises Parties to approach the bench. |
| 3:50 p.m. | Court will provide copy of the charge to counsel this evening.  Charge conference will be held informally tomorrow at the end of the day. |
| 3:51 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY: *Keary Conrad*
Courtroom Deputy Clerk