# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| VICKI BAKER,<br><br>    *Plaintiff*,<br><br>v.<br><br>CITY OF MCKINNEY, TEXAS,<br><br>    *Defendant*. | § § § § § § § § § § § §   Civil Action No. 4:21-CV-00176<br>   Judge Mazzant |

## ORDER

Before the Court is Plaintiff Vicki Baker's Motion in Limine (Dkt. #61), filed on June 2, 2022. After considering the motion, arguments of the parties and applicable authorities, the Court rules on each of Plaintiff's requested limine items, as follows:

Item 1: Evidence and Testimony Regarding Settlement Negotiations (Unopposed)

| __X__ | _____ | _____ |
|---|---|---|
| Granted as Agreed | Granted | Denied |

Item 2: Evidence and Testimony Regarding Donations that Ms. Baker Received from Third Parties

| _____ | __X__ | _____ |
|---|---|---|
| Granted as Agreed | Granted | Denied |

**IT IS SO ORDERED.**

**SIGNED** this 20th day of June, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE