# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| VICKI BAKER, § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> CITY OF MCKINNEY, TEXAS, § <br> *Defendant*. § | Civil Action No.  4:21-CV-00176 <br> Judge Mazzant |

## FINAL JUDGMENT

On June 20, 2022, this action came for trial before a jury. Both sides announced ready for trial and, following the presentation of evidence, the jury was instructed to answer certain questions. The jury returned a verdict on June 22, 2022. The jury found Defendant City of McKinney, Texas acted under color of state law when it violated Plaintiff Vicki Baker's constitutional rights under the Fifth Amendment of the United States Constitution by depriving her of her property without providing just compensation, and that this proximately caused Plaintiff Vicki Baker's damages. The jury awarded Plaintiff Vicki Baker $44,555.76 in just compensation for the cost of repairs to her real property, and $15,100.83 in just compensation for the loss in market value to her personal property. Plaintiff Vicki Baker elected to recover under her claim brought under 42 U.S.C. § 1983.

It is therefore **CONSIDERED, ORDERED, AND ADJUDGED** that Plaintiff Vicki Baker recovers from Defendant City of McKinney, Texas a total judgment of $59,656.59 plus pre- and post-judgment interest thereon at the rate provided by law. Additionally, all costs of court spent or incurred in this cause are adjudged against Defendant City of McKinney, Texas

**IT IS SO ORDERED**.

**SIGNED this 22nd day of June, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE