# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| VICKI BAKER,<br><br>    *Plaintiff,*<br><br>v.<br><br>CITY OF MCKINNEY, TEXAS,<br><br>    *Defendant.* | Civil Action No. 4:21-CV-00176<br>Judge Mazzant |

## **VERDICT OF THE JURY**

We, the Jury, find as follows:

### QUESTION NO. 1(a):

Do you find, by a preponderance of the evidence, that Defendant City of McKinney was acting under color of state law when it violated Plaintiff Vicki Baker's constitutional rights under the Fifth Amendment of the United State Constitution by depriving her of her property without providing just compensation?

Answer "Yes" or "No":

Answer: __Yes__

If you answered "Yes" to Question No. 1(a), proceed to Question No. 1(b).

If you answered "No" to Question No. 1(a), proceed to Question No. 2.

1

## QUESTION NO. 1(b):

Do you find, by a preponderance of the evidence, that Defendant City of McKinney's actions proximately caused Plaintiff Vicki Baker's damages, if any?

Answer "Yes" or "No":

Answer: __Yes__

Proceed to Question No. 2.

## QUESTION NO. 2:

What sum of money if paid now in cash, would justly compensate Plaintiff Vicki Baker for the cost of repairs to her real property resulting from the occurrence in question?

Answer in dollars and cents, for compensation, if any.

Answer: __$44,555.76__

Proceed to Question No. 3.

## QUESTION NO. 3:

What sum of money if paid now in cash, would justly compensate Plaintiff Vicki Baker for the loss in market value to her personal property resulting from the occurrence in question?

Answer in dollars and cents, for compensation, if any.

Answer: $15,100.83

Foreperson's Initials ▮▮▮▮   Date: 6/22/22