# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 6/22/2022

| DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Gayle Ware<br>COURTROOM DEPUTY: Karen Sessions |
|---|---|
| Vicki Baker<br><br>v.<br><br>City of McKinney | 4:21-CV-176 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Jeffrey Redfern, William Aronin, and Suranjan Sen | Edwin Voss, Jr. and Michael Martin |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial - Day 3 |
|---|---|
| 9:22 a.m. | Court in session for jury note. |
| 9:27 a.m. | Court in recess. |
| 11:27 a.m. | Court in session for jury note. |
| 11:32 a.m. | Court in recess. |
| 12:00 p.m. | Court in session. Verdict received. Court published the verdict. Jury was individually voir dired. |
| 12:05 p.m. | Jury exits courtroom. Court in recess. |

DAVID O'TOOLE, CLERK

BY: _Karen Sessions_
Courtroom Deputy Clerk