## UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __Texas__

Vicki Baker

V.

City of McKinney, Texas

**PLAINTIFF'S EXHIBIT AND WITNESS LIST**

Case No.: 4:21-CV-0176-ALM (JURY)

| PRESIDING JUDGE<br>Amos L. Mazzant, III | PLAINTIFF'S ATTORNEY<br>Jeffrey Redfern | DEFENDANT'S ATTORNEY<br>Edward P. Voss, Jr. |
|---|---|---|
| TRIAL DATE (S)<br>May 11-13, 2022 | COURT REPORTER<br>Chris Bickham | COURTROOM DEPUTY<br>Keary Conrad |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6.21.22 | | ✓ | Sgt. Christopher Kennedy's Case Supplemental Report (MCKINNEY 022-24) |
| 2 | | | | ✓ | Photos of Vicki Baker's Home Before Incident (BAKER_000034-69) |
| 3 | | | | ✓ | Police Photos of Vicki Baker's Home After Incident |
| 4 | | | | ✓ | Photos of Vicki Baker's Home After Incident (BAKER_000070-89) |
| 5 | | | | ✓ | Vicki Baker's Notice of Claim Against the City of McKinney, dated Aug. 7, 2020 (MCKINNEY 003-4) |
| 6 | | | | ✓ | Letter from TML to Vicki Baker Denying Claim, dated Aug. 20, 2020 (MCKINNEY 001) |
| 7 | | | | ✓ | Paid Invoice from Steri-Clean for Tear Gas Remediation (BAKER_000105-106) |
| 8 | | | | ✓ | Invoice from First Floors Carpet One (BAKER_000099-100) |
| 9 | | | | ✓ | Price Quote for Replacing Windows (BAKER_000113) |
| 10 | | | | ✓ | Price Quote for Interior Wall Repair (BAKER_000093-96) |
| 11 | | | | ✓ | Price Quote from Parish Roofing Solutions for Roof and Fence Repair (BAKER_000097-98) |
| 12 | | | | ✓ | Replacement Front Door Website Listing (BAKER_000101) |
| 13 | | | | ✓ | Home Depot Front Door Hardware Receipt (BAKER_000111) |
| 14 | | | | ✓ | Receipt from Blinds.com for Window Blinds (BAKER_000092) |
| 15 | | | | ✓ | Receipt from Baker Brothers for HVAC Duct Cleaning (BAKER_000108) |
| 16 | | | | ✓ | Receipt from Baker Brothers for HVAC Repair (BAKER_000112) |
| 17 | | | | ✓ | Receipts from Home Depot and Lowes for Ceiling Fans (BAKER_000110) |
| 18 | | | | | Officer Eric Campbell's Case Supplemental Report (MCKINNEY 007) |
| | | | | | **WITNESSES** |
| | | | | ✓ | Vicki Baker, Plaintiff |
| | | | | ✓ | MPD Sergeant Christopher Kennedy |
| | | | | ✓ | Tami Levens, City of McKinney |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

1