# UNITED STATES DISTRICT COURT

| Eastern District | DISTRICT OF | Texas |

Vicki Baker

v.

City of McKinney, Texas

**CITY'S EXHIBIT AND WITNESS LIST**

Case Number 4:21-CV-0176-ALM

JURY

| PRESIDING JUDGE<br>Amos L. Mazzant, III | PLAINTIFF'S ATTORNEY<br>Jeffrey Redfern | DEFENDANT'S ATTORNEY<br>Edwin P. Voss, Jr. |
|---|---|---|
| TRIAL DATE(S)<br>5/11/2022 - 5/13/2022 | COURT REPORTER<br>Chris Bickham | COURTROOM DEPUTY<br>Keary Conrad |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 6·21·22 | | ✓ | McKinney Police Department Incident Report No. 20-005680 (McKinney 005 - McKinney 039) |
| | 2 | | | ✓ | Vicki Baker Notice of Claim Against the City of McKinney, dated 8/7/2020 (McKinney 003 – McKinney 004) |
| | 3 | | | ✓ | TML Correspondence denying claim, dated August 20, 2020 (McKinney 001) |
| | 4 | | | ✓ | Affidavit of Vicki Baker with Exhibits A – C, dated 9/16/2021 |
| | 5 | | | ✓ | State Farm Insurance Summary of Loss, dated November 30, 2020 (Baker 000027 – Baker 000028) prove up |
| | | | | | |
| | | | | | **WITNESSES** |
| | | | | ✓ | Vicki Baker, Plaintiff |
| | | | | ✓ | Tami Levens, City of McKinney |
| | | | | ✓ | McKinney Police Department (MPD) Officer Eric Campbell |
| | | | | ✓ | MPD Sergeant Christopher Kennedy |
| | | | | ✓ | MPD Sergeant Daniel Malenfant |
| | | | | ✓ | MPD Detective Michelle Read |
| | | | | ✓ | MPD Deputy Chief Chad Barker |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages