UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
(Sherman Division)

| | |
|---|---|
| Vicki Baker,<br><br>        *Plaintiff,*<br><br>v.<br><br>City of McKinney, Texas,<br><br>        *Defendant.* | Case No.: 4:21-CV-0176-ALM |

## ORDER GRANTING PLAINTIFF'S
## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File Motion for Attorneys' Fees and Costs (Dkt. #79). The Court, having reviewed the motion and its supporting materials and having considered all arguments presented by the parties, hereby **GRANTS** Plaintiff's motion for extension of time to file motion for attorneys' fees and costs.

Plaintiff's shall file its motion for attorneys' fees and costs either: (1) 30 days after the mandate issues in any appeal from the Court's judgment or (2) 30 days after the deadline for filing a notice of appeal, in the event a notice of appeal is not filed.

**IT IS SO ORDERED.**
**SIGNED this 30th day of June, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE