UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| VICKI BAKER, § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 4:21-CV-0176-ALM |
| CITY OF McKINNEY, TEXAS, § | JURY |
| § | |
| Defendant. § | |

**JOINT STIPULATION OF STAY OF PROCEEDINGS IN ENFORCING JUDGMENT AND WAIVER OF BOND OR OTHER SECURITY**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Vicki Baker ("Plaintiff") and Defendant City of McKinney, Texas (the "City") (collectively, the "Parties"), through their attorneys of record, and pursuant to the Court's Local Rule CV-62(a), hereby stipulate to a stay of proceedings in enforcing judgment and a waiver of bond or other security.  The Parties agree that the City possesses adequate available funds to pay the judgment in this case, the status quo will be preserved, and Plaintiff's rights will be protected pending all post-judgment proceedings and appeals, so that no bond or other security is necessary during any stay of enforcement of the judgment in this matter.

The Parties further stipulate that this agreed stay of proceedings will remain in effect from the time of filing this Stipulation with the Court, through and during the time that the City pursues and timely files any and all post-judgment proceedings in the District Court, an appeal in the Fifth Circuit Court of Appeals, if any, and a petition for writ of certiorari in the Unites States Supreme Court, if any.  *See, e.g., Fessler v. Porcelana Corona de Mexico, S.A. de C.V*, 2020 WL 3498872, at *3 (E.D. Tex., No. 4:19-CV-00248 and No. 4:17-CV-00001, June 29, 2020) (recognizing that no motion to stay is necessary to be filed where parties agreed to delay the judgment's execution).

*See also* Fed.R.Civ.P. 62(b); 28 U.S.C. § 2101(f).  More specifically, the Parties agree that this stipulation will remain in effect until thirty (30) days after all post-judgment proceedings, appeals and petition for writ of certiorari proceedings are concluded.

Respectfully submitted,

| | |
|---|---|
| By:   /s/ *Edwin P. Voss, Jr.* | By:   /s/ Jeffrey Redfern, *with permission* |
| Edwin P. Voss, Jr. | Jeffrey Redfern (D.C. Bar No. 1018046) |
| *Lead Attorney* | Lead Attorney |
| State Bar No. 20620300 | Suranjan Sen (Tenn. Bar No. 038830) |
| evoss@bhlaw.net | William Aronin (N.Y. Bar No. 4820031) |
| Michael L. Martin | Robert McNamara (VA Bar No. 73208) |
| State Bar No. 24108956 | INSTITUTE FOR JUSTICE |
| mmartin@bhlaw.net | 901 N. Glebe Road, Suite 900 |
| BROWN & HOFMEISTER, L.L.P. | Arlington, VA  22230 |
| 740 East Campbell Road, Suite 800 | Phone: (703) 682-9320 |
| Richardson, Texas  75081 | Fax: (703) 682-9321 |
| 214-747-6100 (Telephone) | Email: jredfern@ij.org; ssen@ij.org; |
| 214-747-6111 (Telecopier) | waronin@ij.org; rmcnamara@ij.org |
| | |
| ATTORNEYS FOR DEFENDANT | *Attorneys for Plaintiff* |
| CITY OF MCKINNEY, TEXAS | |

### CERTIFICATE OF SERVICE

"No certificate of service is required when a paper is served by filing it with the court's electronic-filing system."  Rule 5(d)(1)(B) of the Federal Rules of Civil Procedure.  This paper is served upon all counsel of record, therefore, because it was filed with the court's electronic-filing system on July 13, 2022.  E.Dist.Loc.R. CV-5(c).

　　　　　　　　　　　　　　　　*/s/ Edwin P. Voss, Jr.*
　　　　　　　　　　　　　　　　Edwin P. Voss, Jr.