UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VICKI BAKER, | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 4:21-CV-0176-ALM |
| CITY OF McKINNEY, TEXAS, | § § | JURY |
| Defendant. | § § | |

## DEFENDANT CITY OF McKINNEY'S NOTICE OF APPEAL

Notice is hereby given that Defendant City of McKinney, Texas ("Defendant"), hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on June 22, 2022 (Doc. 71), including the Verdict of the Jury, entered June 22, 2022 (Doc. 74) and Final Instructions to the Jury, entered June 22, 2022 (Doc. 70), and appeals from the following orders entered in this case: (1) the court's Memorandum Opinion and Order denying the City's Motion for New Trial, entered August 26, 2022 (Doc. 94); (2) the court's Memorandum Opinion and Order denying the City's Renewed Motion for Judgment as a Matter of Law, entered August 26, 2022 (Doc. 93); (3) the court's oral Order denying the City's Motion for Judgment as a Matter of Law on June 21, 2022, entered on June 22, 2022; (4) the court's Orders granting Plaintiff's Motion in Limine, entered June 21, 2022 (Docs. 66 and 67); (5) the court's Memorandum Opinion and Order granting Plaintiff's Motion for Partial Summary Judgment, entered April 29, 2022 (Doc. 51); (6) and the court's Memorandum Opinion and Order denying Defendant City of McKinney's Rule 12(b)(1) and Rule 12(b)(6) Motion to Dismiss, entered November 18, 2021 (Doc. 23).

Respectfully submitted,

By:    /s/ *Edwin P. Voss, Jr.*
      Edwin P. Voss, Jr.
      *Lead Attorney*
      State Bar No. 20620300
      evoss@bhlaw.net
      Michael L. Martin
      State Bar No. 24108956
      mmartin@bhlaw.net
BROWN & HOFMEISTER, L.L.P.
740 East Campbell Road, Suite 800
Richardson, Texas  75081
214-747-6100 (Telephone)
214-747-6111 (Telecopier)

ATTORNEYS FOR DEFENDANT
CITY OF MCKINNEY, TEXAS

## CERTIFICATE OF SERVICE

"No certificate of service is required when a paper is served by filing it with the court's electronic-filing system."  Rule 5(d)(1)(B) of the Federal Rules of Civil Procedure.  This paper is served on all counsel of record, therefore, because it was filed with the court's electronic-filing system on September 23, 2022.  E.Dist.Loc.R. CV-5 (c).

      */s/ Edwin P. Voss, Jr.*
      Edwin P. Voss, Jr.

**DEFENDANT CITY OF McKINNEY'S NOTICE OF APPEAL** -- Page  2