# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| VICKI BAKER, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. 4:21-cv-176 |
| § | Judge Mazzant |
| § | |
| CITY OF MCKINNEY, TEXAS, § | |
| § | |
| *Defendant.* § | |

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order granting Plaintiff Vicki Baker's Reelection of Remedy under Article I, Section 17 of the Texas Constitution, the Court orders as follows:

It is therefore **CONSIDERED, ORDERED, AND ADJUDGED** that Plaintiff Vicki Baker recovers from Defendant the City of McKinney, Texas, a total judgment of $59,656.59 plus pre- and post-judgment interest thereon at the rate provided by law. Additionally, all costs of court spent or incurred in this cause are adjudged against Defendant the City of McKinney, Texas.

**IT IS SO ORDERED.**

**SIGNED** this 5th day of June, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE